## SCHOOLEY v WILKER

Ohio Appeals, 8th Dist, Cuyahoga Co

No. 9969. Decided October 14, 1929

Messrs. Milton C. Moore, Alliance, and Hyre & Hyre, Cleveland, for Schooley.

Mr. Sydney A. Davies, Esq., Cleveland, for Wilker.

**VICKERY, PJ.**

We think the matter can be disposed of very quickly and very easily and that is that such a claim is not tenable. The court in finding for the defendant in the sum of $423.04 only, allowing a credit for the difference in the rental of $25.00 a month for the time that the new tenant took possession up until the end of the original lease, comitted error.

Judgment reversed and final judgment for $963.50 and interest from the time of the commencement of the suit in favor of the plaintiff in error.

Sullivan and Levine, JJ., concur.